# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3079**                                      **September Term, 2024**

**1:20-cr-00157-TNM-1**

**Filed On: July 23, 2025** [2126826]

United States of America,

      Appellee

    v.

Shemara Shay Mack-Smith, also known as
Shemera Shay Mack-Smith,

      Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | August 25, 2025 |
| Appendix | August 25, 2025 |
| Appellee's Brief | September 24, 2025 |
| Appellant's Reply Brief | October 15, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Catherine J. Lavender
Deputy Clerk